AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Cory S. Heckathorne and Christine M. Heckathorne, Individually and as parents of M.E.H., a minor<br><br>*Plaintiff(s)*<br>v.<br><br>Franklin Area School District; Pamela Dye, Superintendent of the Franklin Area School District; Christina F. Cohlhepp, Principal of the Franklin Middle School; and Kyle S. Askins<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:19-CV-51<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Christina F. Cohlhepp, Principal
> Franklin Junior/Senior High School
> 246 Pone Lane
> Franklin, PA 16323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Varsek, Esquire
> Rosen Varsek & Rosen
> 112 Center Street
> Oil City, PA 16301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

03/01/2019
Date

*Jennifer L Dash*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-51

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHRISTINA F. COHLHEPP, PRINCIPAL
was received by me on *(date)* 3-4-19.

☒ I personally served the summons on the individual at *(place)* FRANKLIN MIDDLE SCHOOL
246 PONE LANE FRANKLIN, PA 16323 on *(date)* 3-6-19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 80.00 for services, for a total of $ 80.00.

I declare under penalty of perjury that this information is true.

Date: 3-6-19

*Server's signature*

CRAIG D. WESTOVER  PA. STATE CONSTABLE
*Printed name and title*

1320 ROCKY GROVE AVE FRANKLIN, PA 16323
*Server's address*

Additional information regarding attempted service, etc: