IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORY S. HECKATHORNE and CHRISTINE M. HECKATHORNE, individually and as parents of M.E.H., a minor | ) ) ) ) | Docket No. 1:19-cv-00051-SPB |
| | ) | ELECTRONICALLY FILED PLEADING |
| Plaintiffs | ) ) | **STIPULATION REGARDING DEADLINE** |
| | ) | **FOR DEFENDANTS, FRANKLIN AREA** |
| v. | ) | **SCHOOL DISTRICT, PAMELA DYE AND** |
| | ) | **CHRISTINA F. COHLHEPP'S RESPONSE** |
| FRANKLIN AREA SCHOOL | ) | **TO PLAINTIFFS' COMPLAINT** |
| DISTRICT, PAMELA DYE, | ) | |
| Superintendent of the Franklin Area | ) | Filed on behalf of Defendants, FRANKLIN |
| School District, CHRISTINA F. | ) | AREA SCHOOL DISTRICT, PAMELA DYE |
| COHLHEPP, Principal of the Franklin | ) | and CHRISTINA F. COHLHEPP |
| Middle School, and KYLE S. ASKINS | ) | |
| | ) | Counsel of record for this party: |
| Defendants | ) | |
| | ) | Neal R. Devlin, Esq. (89223) |
| | ) | ndevlin@kmgslaw.com |
| | ) | Knox McLaughlin Gornall & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501-1461 |
| | ) | Phone:  (814) 459-2800 |
| | ) | Fax:  (814) 453-4530 |
| | ) | |
| | ) | Aurora L. Hardin, Esq. (325666) |
| | ) | ahardin@kmgslaw.com |
| | ) | Knox McLaughlin Gornall & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501-1461 |
| | ) | Phone:  (814) 459-2800 |
| | ) | Fax:  (814) 453-4530 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORY S. HECKATHORNE and CHRISTINE M. HECKATHORNE, individually and as parents of M.E.H., a minor<br><br>Plaintiffs<br><br>v.<br><br>FRANKLIN AREA SCHOOL DISTRICT, PAMELA DYE, Superintendent of the Franklin Area School District, CHRISTINA F. COHLHEPP, Principal of the Franklin Middle School, and KYLE S. ASKINS<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 1:19-cv-00051-SPB<br><br><br><br>**STIPULATION REGARDING DEADLINE FOR DEFENDANTS, FRANKLIN AREA SCHOOL DISTRICT, PAMELA DYE AND CHRISTINA F. COHLHEPP'S RESPONSE TO PLAINTIFFS' COMPLAINT** |

**STIPULATION REGARDING DEADLINE FOR DEFENDANT, FRANKLIN AREA SCHOOL DISTRICT, PAMELA DYE AND CHRISTINA F. COHLHEPP'S RESPONSE TO PLAINTIFFS' COMPLAINT**

The Parties hereby stipulate as follows:

1.      Pursuant to LCvR 7E, the parties stipulate to a 45-day extension to the deadline for Defendants, Franklin Area School District, Pamela Dye and Christina F. Cohlhepp, to file a response to Plaintiffs' Complaint.

2.      The Plaintiffs and Defendants, Franklin Area School District, Pamela Dye and Christina F. Cohlhepp, agree that Defendants, Franklin Area School District, Pamela Dye and Christina F. Cohlhepp's response will be due on May 13, 2019.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

By: */s/ Neal R. Devlin*
    Neal R. Devlin, Esq.
    Aurora L. Hardin, Esq.
    ndevlin@kmgslaw.com
    ahardin@kmgslaw.com
    120 West 10th Street
    Erie, Pennsylvania 16501
    Tel: (814) 459-2800
    Fax: (814) 453-4530

    Attorney for Defendants,
    Franklin Area School District, Pamela
    Dye and Christina F. Cohlhepp

Respectfully submitted,

By: */s/ Robert Varsek*
    Robert Varsek, Esq.
    robertvarsek@yahoo.com
    112 Center Street
    Oil City, Pennsylvania 16301
    Telephone: (814) 677-3094
    Fax: (814) 677-5102

    Wayne H. Hundertmark, Esq.
    hundertmarklaw@gmail.com
    1266 Liberty Street
    Franklin, Pennsylvania 16323
    Telephone: (814) 473-7128
    Fax: (814) 432-5671

    Attorney for Plaintiffs,
    Cory S. Heckathorne and Christine
    M. Heckathorne

# 2048459.v1

2